448 A.2d 1190

Commonwealth v. Smoyer, Appellant.

 Argued April 5, 1982. Timothy H. Knauer, for appellant; Lee Ruslander, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.